

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2018

No. 04-18-00514-CR

Ramiro **CASTILLO-RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 16-CR-271
The Honorable Martin Chiuminatto, Judge Presiding

# O R D E R

Appellant's brief is due on November 28, 2018.  Before the due date, Appellant filed a first motion for a sixty-day extension of time to file the brief.

Appellant's motion is GRANTED.  Any further motion for extension of time to file the brief will be disfavored.

We ORDER Appellant to file the brief not later than January 28, 2019.  If Appellant fails to file the brief as ordered, we may abate this appeal and remand the cause to the trial court for an abandonment hearing.  *See* TEX. R. APP. P. 38.8(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court